**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| JOE HORN, *et al*., individually and on behalf of other similarly situated persons,<br><br>      Plaintiffs,<br>v.<br><br>PRINCIPAL FINANCIAL GROUP, INC. and PRINCIPAL RESIDENTIAL MORTGAGE, INC.,<br>      Defendants. | Case No. 2:05-cv-2032 KHV-DJW |

## ORDER APPROVING SETTLEMENTS

  The above-entitled matter came on for hearing on the parties' Joint Motion for Approval of Settlement. It is hereby ORDERED that

  1. The parties' joint motion for approval of the settlements is GRANTED. The settlement agreements for the Current Opt-In Plaintiffs are approved, including the award of attorneys' fees. Defendants are hereby ORDERED to pay the Current Opt-In Plaintiffs and attorneys' fees within 10 days of the date of this Order.

  2. The settlement agreement for the Eligible Opt-In Plaintiffs is preliminarily approved and this case is certified as a collective action for settlement purposes.

  3. Counsel for Plaintiffs is hereby ORDERED to issue Notice of the settlement to Eligible Opt-In Plaintiffs. The proposed Notice attached as Exhibit 1 is approved. Eligible Opt-In Plaintiffs are hereby given 45 days from the date of such notice to execute the Settlement Agreement thereby opting-in to the settlement. A hearing for final approval of the Settlement Agreement relating to Eligible Opt-In Plaintiffs will be held on November 29, 2005 at 9:30 a.m.

  4. Any residual funds, including interest, remaining in the Settlement Fund for Eligible Opt-In Plaintiffs shall revert back to Defendants with the exception of five (5%) percent of such remaining funds which will be distributed to a local legal aid organization. Defendants are ordered to make any such *cy pres* payment within thirty (30) days after the close of the Opt-In Period.

It is so ORDERED this 14th day of September, 2005.

                s/ Kathryn H. Vratil
                Kathryn H. Vratil
                United States District Judge Vratil