## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

JOE HORN, *et al.*, individually and on behalf of
other similarly situated persons,

Plaintiffs,

v.

PRINCIPAL FINANCIAL GROUP, INC.
and PRINCIPAL RESIDENTIAL MORTGAGE,
INC.,

Defendants.

Case No. 2:05-cv-2032 KHV-DJW

## ORDER APPROVING ELIGIBLE PLAINTIFF SETTLEMENTS

The above-entitled matter came on for hearing on the parties' Joint Motion for Approval of Eligible Plaintiff Settlements.  It is hereby ORDERED that

The parties' Joint Motion for Approval of Eligible Plaintiff Settlements is GRANTED. The settlement agreements for the Eligible Plaintiffs are approved, including the award of attorneys' fees.  Defendants are hereby ORDERED to pay the Eligible Plaintiffs and attorneys' fees within 10 days of the date of this Order.

It is so ORDERED this 2nd day of December, 2005.

s/ Kathryn H. Vratil
_____
United States District Judge Vratil
